

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00085-CR

Cody James **LORENZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0259-CR
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 11, 2014.

_____
Marialyn Barnard, Justice